UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN BROOKS #120387                                   CIVIL ACTION

versus                                                NO. 06-2428

N. BURL CAIN, WARDEN,                                 SECTION: "M" (1)
LOUISIANA STATE PENITENTIARY

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Reports and Recommendations of the United States Magistrate Judge, and petitioner's objections thereto, hereby approves the Reports and Recommendations of the United States Magistrate Judge and adopts them as its own opinions. Accordingly,

**IT IS ORDERED** that the federal petition of **John Brooks** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __5th__ day of ____March____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**