FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 APR -3 AM 7:45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN BROOKS  120387            CIVIL ACTION

VERSUS            NUMBER: 06-2428

N. BURL CAIN            SECTION: M (1)

## ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☑ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

___ Fee ___
___ Process ___
_x_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

☐ the motion is DENIED due to the party's failure to provide this court with the requisite financial information.

☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _____

_____

New Orleans, Louisiana, this __2nd__ day of __April__, 2008.

_____
UNITED STATES DISTRICT JUDGE