FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 APR -3 AM 7: 25

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN BROOKS #120387 | CIVIL ACTION |
| VERSUS | NO. 06-2428 |
| N BURL CAIN WARDEN | SECTION "M" (1) |

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☐ a certificate of appealability shall not be issued for the following reason(s):
petitioner has not made a substantial showing of the denial of a constitutional right as determined in this Court's order dated March 5, 2008 (rec. doc. # 31)

Date: 4/2/08

_____
Peter Beer
UNITED STATES DISTRICT JUDGE

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____